**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>- v. -<br><br>**ABUL HUDA FAROUKI, et al.,**<br><br>**Defendants.** | **Case No: 1:18-cr-00346 (PLF)** |

**JOINT MOTION TO EXTEND STAY OF
SPECIAL MASTER PROCEEDING**

For the reasons stated in the concurrently filed Joint Status Report, Defendants Abul Huda Farouki, Mazen Farouki, and Salah Maarouf (collectively, "Defendants"), the Companies,[1] and the Government jointly submit this motion to extend the temporary stay of the Special Master proceeding through December 4, 2019.

Respectfully submitted,

*/s/ Adam Hoffinger*
_____
Adam Hoffinger, DC Bar No. 431711
Jeffrey F. Robertson, DC Bar No. 449142
Bayard Brown, DC Bar No. 1033413
Schulte Roth & Zabel LLP
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
(202) 729-7462
adam.hoffinger@srz.com

Attorneys for Defendant Abul Huda Farouki

---

[1] ANHAM FZCO, ANHAM USA, Hii-Finance Corp., Financial Instrument and Investment Corp. (doing business as American International Services), Tracks for Logistics Services, LLC, and UniTrans International, Inc.

- 1 -

*/s/ Hank Walther*

_____
Hank Walther, DC Bar No. 477218
Irina Bleustein, DC Bar No. 1044772
Jones Day
51 Louisiana Avenue, NW
Washington, DC  20001
(202) 879-3432
hwalther@jonesday.com

Attorneys for Defendant Mazen Farouki

*/s/ Barry Coburn*

_____
Barry Coburn, DC Bar No. 358020
Coburn & Greenbaum, PLLC
1710 Rhode Island Ave, NW
Second Floor
Washington, DC 20036
Tel: 202-643-9472
barry@coburngreenbaum.com

Attorney for Defendant Salah Maarouf

*/s/ Bruce Baird*

_____
Bruce A. Baird
DC Bar No. 267807
Eric Sandberg-Zakian
D.C. Bar No. 1000979
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
Fax: (202) 662-6291
bbaird@cov.com
esandbergzakian@cov.com

Attorneys for Non-Party Petitioners
ANHAM FZCO,

- 3 -

ANHAM USA,
Hii-Finance Corp.,
Financial Instrument and Investment Corp.
(d/b/a American International Services),
Tracks for Logistics Services, LLC, and
UniTrans International, Inc.


*/s/ James Gelber*
_____
James J. Gelber
VT Bar # 2775
(202) 616-1488
Danny Nguyen
DC Bar #977047
(202) 538-5955
Trial Attorneys, Fraud Section
Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Bond Building, Fourth Floor
Washington, D.C. 20005

Attorneys for United States of America

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 4th day of November, 2019, I caused to be delivered a true and accurate copy of the foregoing through the Court's electronic filing system to all counsel of record.

                                            /s/ Suzette Meskell